IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TIG INSURANCE COMPANY
OF MICHIGAN,

    Plaintiff,

vs.                                                         CIV-S-05-0492-MEC/GGH

VISION SERVICE PLAN,
et al.,
    Defendants.                              ORDER
_____/

    Defendants' ex parte application to continue TIG's motion to compel, currently scheduled for hearing on December 8, 2005, was heard by telephone on November 29, 2005. Chip Cox appeared for plaintiff. Jeff Kiburtz appeared for defendants. After hearing from the parties, the court issued the following order.

    IT IS ORDERED that:

    1. Defendants shall produce documents from the underlying litigation which are in their offices by December 2, 2005. They shall produce remaining documents which are not currently located in their offices by December 13, 2005.

/////

/////

/////

/////

1

2. The hearing on plaintiff's motion to compel production of documents is continued from December 8, 2005 to December 22, 2005 at 10:00 a.m. The joint statement pursuant to E. D. Local Rule 37-251 shall be filed by December 15, 2005.

DATED: 12/2/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
U. S. MAGISTRATE JUDGE

GGH:076:TIG0492.con.wpd