UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIG OF MICHIGAN, | No. 2:05-cv-0492-MCE-GGH |
| Plaintiff, | |
| v. | **ORDER RE: SETTLEMENT AND DISPOSITION** |
| VISION SERVICE PLAN individually and dba ALTAIR EYEWEAR, INC., and ALTAIR EYEWEAR, INC., | |
| Defendants. | |

Pursuant to the representations of counsel for the parties, the Court has determined that this case is settled.

In accordance with the provisions of Local Rule 16-160, dispositional documents are to be filed on or before March 27, 2006.

///
///
///
///
///
///

1    Failure to comply with this order may be grounds for the
2 imposition of sanctions on any and all counsel as well as any
3 party or parties who cause non-compliance with this order.
4    IT IS SO ORDERED.
5 DATED: March 2, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE